UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUNIQUE VIANA SANTOS<br>FRANCIS VIANA<br>(A# 079-448-320)<br><br>       Petitioners<br>v.<br><br>KEVIN McALEENAN,<br>Acting Secretary of Homeland Security,<br>CHRISTOPHER CRONEN,<br>Immigration and Customs Enforcement,<br>ANTONE MONIZ<br>Superintendent of Plymouth County Correctional Facility,<br>JOSEPH D. MCDONALD, JR,<br>Sheriff of Plymouth County<br>       Respondents | Civil Action No.<br><br>**PETITION FOR WRIT OF<br>HABEUS CORPUS UNDER<br>28 U.S.C. § 2241**<br><br>**REQUEST FOR RELEASE<br>FROM ICE CUSTODY** |

**PETITIONERS' REQUEST FOR RELEASE FROM ICE CUSTODY BY FATHER'S DAY**

Petitioners, Munique Viana Santos and Francis Viana, hereby humbly request that the Respondents in the above-captioned matter release him from ICE Custody in time for him to be home with his family on Father's Day, which falls on <u>June 16, 2019</u>. In support of their reasonable request of the Respondents, the Petitioners state the following:

1. On June 12, 2019, this Honorable Court issued an Order which provided, in part, that the Respondents would have until June 21, 2019 to amicably resolve the matter with the Petitioners.

*6/13/19*
*Denied.*
*Paul B Saris*
*(Emergency judge)*

2. Pursuant to the Order issued by the Court, a mutually amicable resolution would naturally come in the form of a release from detention of the Petitioner, Mr. Viana, from ICE's Plymouth County Correctional Facility on or before June 21, 2019.

3. By virtue of the fact that the Court's Order allows for what is essentially an administrative release of Mr. Viana by the Respondents, rather than an immediate hearing on the merits, it is logical to infer that the Respondents could comfortably arrange for Mr. Viana's release from ICE custody before Father's Day on June 16, 2019.

4. By virtue of the fact that dozens, if not hundreds of alien detainees have reportedly been released from Massachusetts prisons since the <u>Jimenez</u> decision nearly a year ago, it is logical to infer that the Respondents could comfortably arrange for Mr. Viana's administrative release from ICE custody before Father's Day on June 16, 2019.

5. Mr. Viana's wife and nine-year old son, Kevin, have been emotionally traumatized by the loss of their father from their lives over the last ten months and it would mean everything in the world if they could be united with their beloved father and husband for Father's Day on June 16, 2019.

For the reasons set forth above, the Petitioners, Munique Viana Santos and Francis Viana, hereby humbly request that the Respondents in the above-captioned matter release Mr. Viana from ICE Custody in time for him to be home with his family on Father's Day, which falls on June 16, 2019.

Respectfully submitted,

Petitioners,
Munique Viana Santos
Francis Viana

By their Attorney,

/s/ Gregory M. Sullivan, Esq.
BBO# 485970
Law Offices of Gregory M. Sullivan
214 Commercial St. Suite 206
Malden, MA 02148
Tel. (781) 608-2334
gsullivanlaw@aol.com

June 12, 2019